Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 22-12946

**Caption:**

Amber Jackson
Plaintiff - Appellee

v.

Cody Swanger and
Jeremiah Brandt
Defendants - Appellants

District and Division: 11th District; Atlanta Georgia Division
Name of Judge:
Nature of Suit: Civil Rights/ Fourth Amendment
Date Complaint Filed: 6/25/2021
District Court Docket Number: 1:21-CV-2578-MHC
Date Notice of Appeal Filed: 8/31/2022
☐ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a) Caption:
(b) Citation:
(c) Docket Number:

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Thomas M. Mitchell<br>Angela C. Couch<br>Karen Gilpin Thomas,<br>Richard A. Carothers | Carothers & Mitchell<br>1809 Buford Hwy.<br>Buford, GA 30518 | (770) 932-3552<br>(770) 932-6348 (fax)<br><br>thomas.mitchell@carmitch.com |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Harold W. Spence,<br>Mawuli Melvyn<br>Malcolm Davis | Hall, Booth, Smith<br>191 Peachtree St. NE<br>Suite 2900<br>Atlanta, GA<br>30303-1740 | (404) 244-2004<br>(404) 244-2020<br>hspence@davisbozemanlaw.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☑ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☑ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other | Amount Sought by Plaintiff:<br>$ Not Specified<br>Amount Sought by Defendant:<br>$ n/a<br>Awarded:<br>$ _____ to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary   ☐ Granted<br>☐ Permanent     ☐ Denied |

Page 2                                                                                                    11th Circuit Docket Number: 1:21-CV-2578-MHC

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☑ No

If Yes, provide
(a) Case Name/Statute _____
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

The issue on appeal is qualified immunity. The indisputable facts as conclusively demonstrated by available video demonstrate that Defendant-Appellant officers did not violate Plaintiff-Appellee's clearly established constitutional rights. Neither Plaintiff-Appellee nor the district court pointed to any law that clearly established the constitutional violation, but instead only attempted to distinguish cases that supported Defendant-Appellant officers' actions.    *Issues concluded on the next page.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS _13th_ DAY OF _September_, 2022

Thomas M. Mitchell, Esq.
NAME OF COUNSEL (Print)                                                    SIGNATURE OF COUNSEL

## 11th Circuit Docket Number <u>1:21-CV-2578-MHC</u>

The existing case law gave the officers arguable reasonable suspicion to initiate the stop which ripened into arguable probable cause to arrest. Video demonstrates that the force used against an actively resisting subject was reasonable. Video also demonstrates that the officer who allegedly failed to intervene could not reasonably have done so. The video Defendant-Appellant officers rely upon was referenced in and attached to Plaintiff's complaint and thus should have been considered by the district court.