**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

# Selected docket entries for case 22–12946

Generated: 08/25/2025 17:30:45

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 11/23/2022 | 19 Motion to Dismiss for Lack of Jurisdiction **DOCUMENT COULD NOT BE RETRIEVED!** | | *MOTION to dismiss appeal for lack of appellate jurisdiction filed by Amber Jackson. Opposition to Motion is Unknown. [19] [22–12946] (ECF: Sidney Moore)* |