**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

## Selected docket entries for case 22–12946

Generated: 08/25/2025 17:31:49

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 11/23/2022 | 20 Plaintiff's Motion to Dismiss Appeal for Lack of Jurisdiction **DOCUMENT COULD NOT BE RETRIEVED!** | | *Corrected Motion to Dismiss Appeal for Lack of Jurisdiction [19] filed by Appellee Amber Jackson. [22–12946]––[Edited 11/23/2022 by JC] (ECF: Sidney Moore)* |